UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>    Plaintiff,<br>  v.<br>WILLIAM P. BUTHER AS SPECIAL REPRESENTATIVE OF THE ESTATES OF CHARLES J. ALLEN AND ELEANORE M. ALLEN A/K/A FAYE ELEANOR ALLEN; LINDA CONSTANT; CAPITAL ONE F.S.B.; WOODRIDGE CENTER VILLAGE IV; WOODRIDGE CENTER PATIO HOMEOWNER'S ASSOCIATION; UNKNOWN HEIRS AND LEGATEES OF CHARLES J. ALLEN; UNKNOWN HEIRS AND LEGATEES OF ELEANORE M. ALLEN A/K/A FAYE ELEANOR ALLEN; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br>    Defendants. | Case No.: 14-cv-2878<br><br>Judge: Ruben Castillo<br><br>Magistrate Judge:<br>Geraldine Soat Brown |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                                                                                                                                     Respectfully submitted,

                                                                                                                                     ZACHARY T. FARDON

                                                                                                                                     United States Attorney

                                                                                                                     By: *s/Caleb J. Halberg*
                                                                                                                 CALEB J. HALBERG
                                                                                                                 Attorney for the United States
                                                                                                                 223 W. Jackson Blvd., Suite 610
                                                                                                                 Chicago, IL 60606
                                                                                                                 (312) 263-0003
                                                                                                                 [chalberg@potestivolaw.com](mailto:chalberg@potestivolaw.com)

# CERTIFICATE OF SERVICE

      I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on August 4, 2014, and on the following non-ECF filers by first class mailing on August 5, 2014:

William P. Butcher as Special Representative
of the Estates of Charles J. Allen and Eleaore
M. Allen a/k/a Faye Eleanor Allen
2044 Ridge Road
Homewood, IL 60430

Linda Constant
2668 Foxglove
Woodridge, Illinois 60517

Capital One F.S.B.
1111 East Main St., 11th Floor
Richmond, VA  23219

Woodridge Center Patio Homeowner's Association
6955 Woodridge Drive
Woodridge, IL  60517

Woodridge Center Village IV
6955 Woodridge Drive
Woodridge, IL  60517

Unknown Heirs and Legatees of Charles J. Allen
2668 Foxglove
Woodridge, Illinois 60517

Unknown Heirs and Legatees of Eleanore M. Allen
a/k/a Faye Eleanor Allen
2668 Foxglove
Woodridge, Illinois 60517

Unknown Owners and Non-Record Claimants
2668 Foxglove
Woodridge, Illinois  60517

                                                        *s/Caleb J. Halberg*
                                                        CALEB J. HALBERG
                                                        Attorney for the United States
                                                        223 W. Jackson Blvd., Suite 610
                                                        Chicago, IL 60606
                                                        (312) 263-0003
                                                        chalberg@potestivolaw.com